NO. 07-12-00279-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 16, 2012

_____

JORGE ALBARRAN AND
ELIZABETH ALBARRAN, APPELLANTS

v.

WRI-AEW LONE STAR RETAIL
PORTFOLIO, LLC, APPELLEE

_____

FROM THE COUNTY COURT AT LAW  NO. 1 OF RANDALL COUNTY;

NO. 2010-005-CV; HONORABLE JAMES W. ANDERSON, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON MOTION TO DISMISS**

Appellants, Jorge and Elizabeth Albarran, and appellee, Wri-Aew Lone Star Retail Portfolio, LLC, have filed a joint motion to dismiss this appeal because they have reached a compromise and settlement agreement.  The motion is signed by attorneys for both parties.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Rule of Appellate Procedure 42.1(a)(1), and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).  Based on the agreement of the parties, costs of the appeal are taxed against appellant.  TEX. R. APP. P. 42.1(d).

Having dismissed the appeal at the parties' request, we will not entertain a motion for rehearing and will issue our mandate forthwith.


Mackey K. Hancock
Justice

2